UNITED STATES
**SECURITIES AND EXCHANGE COMMISSION**
NEW YORK REGIONAL OFFICE
200 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10281-1022

**WRITER'S DIRECT DIAL LINE**
DUGAN BLISS
(212) 336-0971
blissd@sec.gov



November 18, 2019

<u>**Via ECF**</u>
The Honorable Valerie E. Caproni
United States District Judge
United States District Court for the
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *SEC v. Alderson & Hamilton*, 18-cv-4930 (VEC) (S.D.N.Y.)

Dear Judge Caproni:

      The undersigned counsel represent the plaintiff United States Securities and Exchange Commission (the "Commission") and defendants Benjamin Alderson ("Alderson") and Bradley Hamilton ("Hamilton") (collectively, the "Defendants") in the above-captioned matter. For the reasons that we intend to address at the hearing in this matter scheduled later today at 4:30 p.m., we submit this Joint Proposed Fourth Revised Case Management Plan and Scheduling Order, which would extend the discovery deadlines in this case.

                           Respectfully submitted,

                           SECURITIES AND EXCHANGE COMMISSION

                         By:    */s/ Dugan Bliss*
                                 Haimavathi V. Marlier
                                 Michael Ellis
                                 Dugan Bliss
                                 Securities and Exchange Commission
                                 200 Vesey Street, Suite 400
                                 New York, New York 10281
                                 (212) 336-0971 Bliss
                                 blissd@sec.gov

The Honorable Valerie E. Caproni
November 18, 2019
Page 2 of 2

                HARRIS, ST. LAURENT & CHAUDHRY LLP

By:    */s/ Evan W. Bolla*
        Jonathan Harris
        Evan W. Bolla
        40 Wall Street
        53rd Floor
        New York, New York 10005
        (917) 512-9464
        jon@sc-harris.com
        *Attorneys for Benjamin Alderson*

KAPLAN LANDAU PLLC

By:    */s/ Mark Landau*
        Mark Landau
        Amanda Grannis
        1065 Avenue of the Americas, 27th Floor
        New York, New York 10018
        (212) 593-1700
        mlandau@kaplanlandau.com
        *Attorneys for Bradley Hamilton*